**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

#5
**#10**
**12-07 hrg vacated**

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-6735 PSG (FMOx) | Date | December 1, 2009 |
|---|---|---|---|
| Title | Roberto Contreras v. OneWest Bank *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers) Order Granting Defendant MTC Financial's Motion to Dismiss**

Before this Court is Defendant MTC Financial, Inc.'s motion to dismiss Plaintiff's complaint and to strike Plaintiff's punitive damages allegations. The Court finds the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local R. 7-15. After considering the moving papers, the Court GRANTS the motion.

On August 10, 2009, Plaintiff Roberto Contreras ("Plaintiff") filed this suit against Defendants OneWest Bank, Mortgage Electronic Registration Systems, Inc., and MTC Financial, Inc. ("MTC"), asserting claims for 1) violation of Cal. Civil Code § 1632, 2) fraudulent business practices under Cal. Bus. & Prof. Code §17200 *et seq.*, 3) unlawful business practices under Cal. Bus. & Prof. Code § 17200 *et seq.* and 15 U.S.C. § 1601 *et seq.* (i.e, the Truth In Lending Act), 4) unlawful business practices under Cal. Bus. & Prof. Code § 17200 *et seq.* and Cal. Financial Code § 22302, 5) fraudulent omission, 6) injunctive relief, 7) breach of the covenant of good faith and fair dealing, and 8) violation of 12 U.S.C. § 2601 *et seq.* (i.e., the Real Estate Settlement Procedures Act).[1]

On October 26, 2009, Defendant MTC brought a motion to dismiss all claims against it with prejudice and to strike Plaintiff's punitive damages allegations ("Motion"). *See* Dkt. # 14.

---

[1]On October 29, 2009, the Court granted Defendant OneWest Bank's motion to dismiss all claims against it with prejudice. *See* Dkt. # 12.

**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#10**
**12-07 hrg vacated**

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-6735 PSG (FMOx) | Date | December 1, 2009 |
|----------|------------------------|------|------------------|
| Title | Roberto Contreras v. OneWest Bank *et al.* | | |

Under Local Rule 7-9 and this Court's Standing Order, Plaintiff was required to file and serve an opposition to MTC's Motion by November 23, 2009.  Plaintiff did not file an opposition by that date.  Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file a timely opposition to be consent to the granting of MTC's Motion.  *See* L.R. 7-12.  Accordingly, the Court grants MTC's Motion to dismiss all claims against it with prejudice.


**IT IS SO ORDERED.**